FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2002

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
TRACY A. HINO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:     541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br><br>            Plaintiff,       )<br>                             )<br>    vs.                      )<br>                             )<br>JUSTIN D. KNUTSON and  (01) )<br>JOHN M. THARP,         (02) )<br>                             )<br>            Defendants.      )<br>_____) | CR. NO. **CR02-00054HG**<br><br>INDICTMENT<br><br>18 U.S.C. §§ 1708 and 2. |

INDICTMENT

The Grand Jury charges that:

On or about February 1, 2002, within the District of Hawaii, JUSTIN D. KNUTSON and JOHN M. THARP did unlawfully possess any letter, postal card, package, bag, and mail, as well as any article contained therein, which had been stolen and taken from and out of any letter box, mail receptacle, or other authorized depository for mail matter, knowing that said letter, postal card, package, bag, and mail, as well as any article

contained therein, had been stolen and taken from and out of any letter box, mail receptacle, or other authorized depository for mail matter.

In violation of Title 18, United States Code, Sections 1708 and 2.

DATED: __2-13__, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney

United States v. Justin Knutson and John Tharp
"Indictment"

2